MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12-mj-71321 MAG |
|    Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| LETITIA MONTGOMERY, BEVERLY CLOUDY, CORY FULLER, and TANISHA FULLER | |
|    Defendants. | |

     The Court has set January 3, 2013 as the date for a preliminary hearing or arraignment.
The parties hereby stipulate to move the preliminary hearing or arraignment dates as follows:

               Beverly Cloudy – January 16, 2013;

               Cory Fuller – January 17, 2013;

               Tanisha Fuller – January 17, 2013; and

               Letitia Montgomery – January 29, 2013

The parties request that the Court extend the time limits provided by Federal Rule of Criminal

1  Procedure 5.1(c) and 18 U.S.C. § 3161 through the dates listed above for the respective
2  defendants.  This extension of time is necessary for the parties to explore possible pre-indictment
3  resolution, to produce and to receive discovery, and for effective preparation of counsel.
4         Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of
5  time, and the parties represent that good cause exists for this extension, including the effective
6  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties
7  also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the
8  date of this Order through the dates listed above for the respective defendants.  The parties also
9  agree that the ends of justice served by granting such an exclusion of time outweigh the best
10 interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

12      SO STIPULATED:
                                    MELINDA HAAG
13                                  United States Attorney

14
   DATED: January 3, 2012                  /s/
15                                  KEVIN J. BARRY
                                    Assistant United States Attorney
16

17
   DATED: January 3, 2012                  /s/
18                                  DAVID W. SHAPIRO
                                    Attorney for LETITIA MONTGOMERY
19

20 DATED: January 3, 2012                  /s/
                                    ROGER PATTON
21                                  Attorney for BEVERLY CLOUDY

22
   DATED: January 3, 2012                  /s/
23                                  LAURA ROBINSON
                                    Attorney for CORY FULLER
24

25 DATED: January 3, 2012                  /s/
                                    SCOTT SUGARMAN
26                                  Attorney for TANISHA FULLER

27

28

1  [PROPOSED] ORDER

2   For the reasons stated above, the Court sets the following dates as the dates for the

3  arraignment or preliminary hearing for the respective defendants:

4   Beverly Cloudy – January 16, 2013;

5   Cory Fuller – January 17, 2013;

6   Tanisha Fuller – January 17, 2013; and

7   Letitia Montgomery – January 29, 2013

8   The Court finds that extension of time limits applicable under Federal Rule of Criminal

9  Procedure 5.1(c) from the date of this Order through the dates above for the respective

10  defendants, is warranted; that exclusion of this period from the time limits applicable under 18

11  U.S.C. § 3161is warranted; that the ends of justice served by the continuance outweigh the

12  interests of the public and the defendant in the prompt disposition of this criminal case; and that

13  the failure to grant the requested exclusion of time would deny counsel for the defendant and for

14  the government the reasonable time necessary for effective preparation and continuity of

15  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of

16  justice.  18 U.S.C. §3161(h)(7)(B)(iv).

17   IT IS SO ORDERED.

18

19  DATED: 1/3/13                    _____
                                     THE HON. KANDIS A. WESTMORE
20                                   United States Magistrate Judge