UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LETITIA MONTGOMERY,

    Defendant.

4:12-mj-71321 MAG

**CJA CONTRIBUTION ORDER**

Having reviewed Defendant's financial affidavit submitted in support of her request for appointment of counsel, the Court finds that the defendant is financially able to contribute to the cost of her representation under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

IT IS HEREBY ORDERED THAT:

__X__ The defendant is liable for a contribution of $ 250 per month, until the case is concluded or until further order of Court, commencing:

    ____ That certain date of and the same day each month thereafter;

    __X__ The first day of _February 2013_ and the first day of each month thereafter.

    ____ Other:

____ The defendant is liable for a one-time contribution of $____, due by:____

    ____ That certain date of_____;

    ____ Other:

Dated: January 15, 2013

_[signature]_
KANDIS A. WESTMORE
United States Magistrate Judge